FILED
AUG 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE ANTONIO LUNA-TENA, Defendant. | ) | Criminal Case No. 08CR2774-L<br><br>INFORMATION<br><br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about June 20, 2008, within the Southern District of California, defendant JOSE ANTONIO LUNA-TENA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on August 20, 2001 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the

//

CEK:mg:San Diego
8/1/08

Eastern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 2

On or about July 22, 2008, within the Southern District of California, defendant JOSE ANTONIO LUNA-TENA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on August 20, 2001 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Eastern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: August 21, 2008.

KAREN P. HEWITT
United States Attorney

for CHARLOTTE E. KAISER
Assistant U.S. Attorney